IT IS SO ORDERED.

Dated: February 11, 2015
       09:21:25 AM

Kay Woods
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO. 11-42246 |
| | ) | |
| JASON S. GILLIS | ) | CHAPTER 13 |
| MISTY A. GILLIS | ) | |
| | ) | JUDGE KAY WOODS |
| Debtors | ) | |

**ORDER SEVERING JOINT ADMINISTRATION OF CASE**

This matter came on for consideration by the Court upon the motion of Debtor Jason S. Gillis to sever joint administration of this case, pursuant to 11 U.S.C. § 302(b) and to convert his case to one under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1307(a) (the "Motion"). The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS ORDERED THAT:**

1. The Motion, except as otherwise modified herein, is GRANTED;

2. This case is hereby severed to permit separate administration;

3. The chapter 13 case of Misty A. Gillis shall remain known as Case No. 11-42246;

4. The Clerk is directed to issue a new chapter 13 case number for Jason S. Gillis.

# # #

Prepared, Approved and Submitted by:

 /s/ Melissa Macejko
Melissa Macejko, Esq. (#0070974)
29 E. Front St., 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
Email: mmacejko@suharlaw.com

Counsel for Debtor Jason S. Gillis